

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00692-CR

Gabriel **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1778
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File the Appellant's Brief is hereby GRANTED. Time is extended to April 27, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court